Sherry Lynn Minson, Esq. - State Bar No. 203038
28401 First Gate Road
Willits, California 95490

Telephone/Fax:   (707) 459-4869

minson@starband.net

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DENNIS ALLEN ) | Case No.   C 06-5301 MHP |
| Plaintiff, ) | |
| vs. ) | |
| HEALTHCARE WORKERS UNION SEIU ) | NOTICE OF DISMISSAL |
| LOCAL 250, SAL ROSELLI, DAN ) | |
| MARTIN, DIANE DALLY, and RICHARD ) | |
| RUBIO-BOWLEY ) | Judge:  Marilyn H. Patel |
| Defendants | |

As the Plaintiff has decided not to pursue this action at this time, and as no answer or any other responsive pleading has been filed or served by any of the Defendants in this action, the Plaintiff hereby dismisses his complaint without prejudice.

NOTICE OF DISMISSAL    C 06-5301 MHP           - 1

1   Date:   October 16, 2006                    Respectfully submitted,

2

3

4                                        By: /S/  SHERRY LYNN MINSON

5                                            SHERRY LYNN MINSON

6                                            ATTORNEY FOR PLAINTIFF

8       Dated: 1/5/07



NOTICE OF DISMISSAL    C 06-5301 MHP           - 2